IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARMEN SANTIAGO, as parent and natural guardian of KEVIN PEREZ-SANTIAGO,** **Plaintiffs,** | : : : : | **CIVIL ACTION** |
| **v.** | : : | **No. 11-7793** |
| **WAL-MART, et al.,** **Defendants.** | : : : : | |

## ORDER

**AND NOW,** this 15th day of May, 2012, upon consideration of Defendant Wal-Mart's "Motion to Compel Deposition of Plaintiffs and for Sanctions" (Doc. No. 17), Plaintiffs' response thereto, and correspondence indicating that the parties have reached an agreement to resolve the motion, it is hereby **ORDERED** that:

1. Defendant's motion to compel is **GRANTED**. As agreed between the parties, Plaintiff, Carmen Santiago, shall appear and submit to deposition on June 7, 2012 at 10:00 a.m.

2. Defendant's motion for sanctions is **DENIED** as moot because Defendant has agreed to withdraw this motion.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**